UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Scott D Hansen<br>    Nicole M Hansen<br>          Debtor(s) | Case No. 16-20828 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/27/2016.

2) The plan was confirmed on 09/30/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/18/2019.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $46,019.82.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,150.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,150.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,403.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,330.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,733.18

Attorney fees paid and disclosed by debtor:  $1,597.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Unsecured | 5,011.00 | 5,011.24 | 5,011.24 | 168.75 | 0.00 |
| ALLY FINANCIAL | Unsecured | 0.00 | 10,506.49 | 10,506.49 | 372.94 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 2,386.56 | 2,386.56 | 84.71 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 26,334.00 | 15,500.56 | 15,500.56 | 550.21 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 11,125.00 | 11,125.00 | 11,125.00 | 5,037.30 | 1,162.60 |
| CAPITAL ONE BANK USA | Unsecured | 1,011.00 | 1,011.17 | 1,011.17 | 32.22 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | NA | 6,421.33 | 6,421.33 | 227.93 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 6,656.00 | 4,452.88 | 4,452.88 | 149.95 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 1,896.00 | 1,807.17 | 1,807.17 | 51.01 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 523.00 | 523.00 | 523.00 | 15.71 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 14,526.00 | 14,039.88 | 14,039.88 | 6,858.31 | 1,421.09 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 464.00 | 464.73 | 464.73 | 15.65 | 0.00 |
| LAMPHERES FURNITURE | Secured | 199.00 | 199.00 | 199.00 | 199.00 | 1.71 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 550.76 | 550.76 | 15.55 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 651.00 | 650.58 | 650.58 | 16.01 | 0.00 |
| PORANIA LLC | Unsecured | NA | 300.00 | 300.00 | 0.00 | 0.00 |
| HSBC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC/BANFIELD PET HOS | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION ISAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/FIRST PREMIER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLL/WEST CHIC POLI | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLL/GLENDALE HTS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION UNIVERSITY OF PHOEN | Unsecured | 1,229.20 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LISLE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MACYS | Unsecured | 2,076.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/CENTRAL DUPAGE | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/EDWARD HOSPITAL | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/LINDEN OAKS HOS | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SVS GRP/RUSH COPLEY | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/CENTRAL DUPAGE | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/LINDEN OAKS HOS | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 790.00 | NA | NA | 0.00 | 0.00 |
| AFNI/DISH NETWORK | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,066.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC/C | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/AIU ONLINE | Unsecured | 814.00 | NA | NA | 0.00 | 0.00 |
| BERKS CRED & COLL/MIDWEST CTR | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADV/CENTRAL DUPA | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| GETECASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GINNYS/SWISS COLONY INC | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,082.00 | 1,081.58 | 1,081.58 | 32.49 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 9,500.00 | 15,497.06 | 15,497.06 | 550.08 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 126,103.00 | 124,561.49 | 124,561.49 | 4,421.40 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 907.11 | 907.11 | 32.20 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,164.88 | $11,895.61 | $2,583.69 |
| All Other Secured | $199.00 | $199.00 | $1.71 |
| **TOTAL SECURED:** | **$25,363.88** | **$12,094.61** | **$2,585.40** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$191,633.71** | **$6,736.81** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,733.18 |
| Disbursements to Creditors | $21,416.82 |
| **TOTAL DISBURSEMENTS** : | **$25,150.00** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/04/2019                                        By: /s/ Glenn Stearns
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**